IN THE CIRCUIT COURT OF SAINT CHARLES
STATE OF MISSOURI

| | | | |
|---|---|---|---|
| BRIAN BRESNAHAN, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | Case No. | |
| v. | ) | | |
| | ) | Division No. | |
| CITY OF SAINT PETERS, | ) | | |
| Serve: | ) | | |
| One St Peters Centre Blvd. | ) | | |
| Saint Peters, MO 63376 | ) | | |
| | ) | | |
| and | ) | | |
| | ) | | |
| RICK STRUTTMANN, | ) | | |
| In his personal and official capacity | ) | | |
| as Chief of Police of the | ) | | |
| Saint Peters Police Department | ) | | |
| Serve: | ) | | |
| One St Peters Centre Blvd. | ) | | |
| Saint Peters, MO 63376 | ) | | |
| | ) | | |
| and | ) | | |
| | ) | | |
| RUSS BATZEL, | ) | | |
| In his personal and official capacity | ) | | |
| as City Administrator of the | ) | | |
| City of Saint Peters | ) | | |
| Serve: | ) | | |
| One St Peters Centre Blvd. | ) | | |
| Saint Peters, MO 63376 | ) | | |
| | ) | | |
| Defendants. | ) | | |

**PETITION FOR DAMAGES AND INJUNCTIVE RELIEF**

COMES NOW the Plaintiff, Brian Bresnahan, by and through his undersigned attorney, and for his Petition under 42 U.S.C. § 1983, the First Amendment to the United States Constitution,

1

**EXHIBIT A**

and Title I, §§ 8, 10 of the Missouri Constitution against Defendants City of Saint Peters, Rick Struttmann, and Russ Batzel, states as follows:

1. At all times mentioned herein, Plaintiff was an individual who currently resides at 5E Sunny Wood Ct., Saint Peters, MO 63376, which is located in the County of Saint Charles, State of Missouri.

2. Defendant City of Saint Peters (hereinafter "City") is a city of the fourth class in the State of Missouri located within Saint Charles County.

3. Defendant Rick Struttmann is an individual and the Chief of the Saint Peters Police Department and he is sued in his personal and official capacity. Defendant Struttman is an employee of the City of Saint Peters and was acting in that capacity at all times herein.

4. Defendant Russ Batzel is an individual and the City Administrator of the City of Saint Peters and he is sued in his personal and official capacity. Defendant Batzel is an employee of the City of Saint Peters and was acting in that capacity at all times herein.

5. Plaintiff Brian Bresnahan worked for Defendant City as a Police Officer in the Saint Peters Police Department until on or about June 10, 2020 when his employment was terminated.

6. All acts complained of herein occurred within the County of Saint Charles, State of Missouri.

## Count I
### (First Amendment Claim)

7. On or about June 9, 2020, Plaintiff shared with fellow police officers a twitter post that contained a video clip from the currently airing television show "Paradise PD." The specific clip was relevant to and critical of ongoing protests that stemmed from the Black Lives Matter (hereinafter "BLM") movement.

2

8. Plaintiff's constitutionally protected speech was sent within a text message group wherein all group members were police officers in the Saint Peters Police Department using their personal devices. The group was created to provide a team of officers up to date information regarding BLM protests within Saint Peters. The group contained both work-related and unrelated comments.

9. Saint Peters, Saint Charles County, and the surrounding counties were experiencing general civil unrest which led to some rioting and looting. This civil unrest was widely covered by the media and represented a matter of public concern.

10. In response to Plaintiff's constitutionally protected comments on a matter of public concern, one member of group voiced displeasure and disagreed with the message of the shared video.

11. Plaintiff's comment had no adverse effect on the working relationship or ability for Plaintiff and his fellow officers to perform the duties of their jobs.

12. On or about June 10, 2020, Plaintiff was ordered to Defendant Rick Struttmann's office. Plaintiff arrived in the morning hours after working through the night hours and having time for fewer than two hours of sleep.

13. Defendant Rick Struttmann berated Plaintiff for the comment and ordered him to resign his position within the Saint Peters Police Department. Plaintiff was told that if he resigned that morning, no investigation would commence into the Plaintiff's comment. Plaintiff was further told that if he did not resign that morning, Defendant Rick Struttmann would open an investigation into the comments and, regardless of the investigation, Defendant Struttman would ultimately recommend Plaintiff be terminated and that Defendant Russ Batzel would terminate Plaintiff's employment.

Electronically Filed - St Charles Circuit Div - December 11, 2020 - 03:05 PM

14. At the close of the meeting on or about June 10, 2020, Defendant Chief of Police provided Plaintiff a resignation form, which Plaintiff signed.

15. Plaintiff's termination from the Saint Peters Police Department constitutes constructive discharge by Defendant Rick Struttmann.

16. Defendant Struttman's comments and assurance that Plaintiff would be fired if he did not resign rendered Plaintiff's working conditions intolerable and forced Plaintiff to resign.

17. Plaintiff's termination was solely based on and in retaliation of Plaintiff's constitutionally protected speech.

18. Plaintiff's constitutionally protected interest in free speech regarding a matter of public concern outweighs any interest Defendants may have in preventing such speech.

19. Plaintiff's protected speech was made at a reasonable time and in a reasonable manner and did not render the operations of the City inefficient, and his speech did not disrupt City operations in any way.

20. Defendants Struttman and Batzel actions in terminating Plaintiff's employment were intentional, malicious, and showed a complete disregard for due process, First Amendment protections, and other constitutional rights owed to the Plaintiff the First, Fourth, and Fourteenth Amendments to the United States Constitution, and Title I, §§ 8 and 10 of the Missouri Constitution.

21. Plaintiff's termination was an adverse employment action authorized, approved, and/or ratified by the Defendants under the color of state law and violated Plaintiff's rights under the Constitution of the United States and the Constitution of the State of Missouri.

22. As a direct and proximate result of defendants' acts and omissions, Plaintiff has suffered humiliation and embarrassment, emotional distress and mental anguish, pain, suffering, and lost wages and associated damages in an amount yet to be determined.

23. As a direct and proximate result of defendants' acts and omissions, Plaintiff has suffered actual damages and will continue to suffer additional damages, in an amount in excess of $25,000, exclusive of costs, as well as other monetary and non-monetary benefits.

24. The First Amendment of the United States Constitution grants rights of free speech and associated protections from the federal government. Those rights and protections have been extended to protect against each individual state through the Fourteenth Amendment of the United States Constitution. Article I, § 8 of the Missouri Constitution further solidifies an individual's right of free within the state of Missouri.

25. Plaintiff's termination is unlawful retaliatory termination based on Plaintiff's constitutionally protected speech.

26. All of the actions of Defendant Struttman and Defendant Batzel were careless and reckless and performed in complete disregard of the law and the rights of the Plaintiff, for which conduct and actions, punitive damages are properly imposed in such amounts as will punish the Defendants for their wrongful conduct and deter them from like conduct in the future.

WHEREFORE, Plaintiff prays a judgment in his favor and against all Defendants and thereafter:

(a) injunctive relief against Defendant City reinstating Plaintiff's employment and amenities within the Saint Peters Police Department;

(b) relief against Defendant City in the form of back-pay for the time Plaintiff was not employed by the Saint Peters Police Department;

(c) punitive damages against Defendants Struttman and Batzel;

Electronically Filed - St Charles Circuit Div - December 11, 2020 - 03:05 PM

(d) costs and attorneys' fees incurred against all Defendants; and

(e) such other relief as this Court deems just and proper.

Respectfully submitted,

BRUNTRAGER & BILLINGS, P.C.

/s/ Peter O.Bruntrager
Peter O Bruntrager #67974
225 S. Meramec Ave.
Suite 1200
St. Louis, Missouri 63105
314-646-0066
314-646-0065 facsimile
Attorney for Plaintiff

# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| **Judge or Division:** DANIEL G PELIKAN | **Case Number:** 2011-CC01169 |
| **Plaintiff/Petitioner:** BRIAN BRESNAHAN | **Plaintiff's/Petitioner's Attorney/Address** PETER OLIVER BRUNTRAGER 1114 MARKET ST ROOM 401 ST LOUIS, MO  63101 |
| vs. | |
| **Defendant/Respondent:** CITY OF ST. PETERS | **Court Address:** 300 N 2nd STREET SAINT CHARLES, MO  63301 |
| **Nature of Suit:** CC Other Tort | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** CITY OF ST. PETERS
Alias:
ONE ST. PETERS CENTRE BLVD.
SAINT PETERS, MO  63376

*COURT SEAL OF*
*ST. CHARLES COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____12/14/2020_____     _____/S/  Cheryl Crowder_____
Date                                             Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____   _____
                                    Date                    Notary Public

**Sheriff's Fees, if applicable**
Summons                         $_____
Non Est                             $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $_____10.00_____
Mileage                             $_____  (_____ miles @ $._____ per mile)
**Total**                              $_____
A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division: DANIEL G PELIKAN | Case Number: 2011-CC01169 |
|---|---|
| Plaintiff/Petitioner: BRIAN BRESNAHAN vs. | Plaintiff's/Petitioner's Attorney/Address PETER OLIVER BRUNTRAGER 1114 MARKET ST ROOM 401 ST LOUIS, MO 63101 |
| Defendant/Respondent: CITY OF ST. PETERS | Court Address: 300 N 2nd STREET SAINT CHARLES, MO 63301 |
| Nature of Suit: CC Other Tort | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** RICK STRUTTMANN
**Alias:**
ONE ST. PETERS CENTRE BLVD.
SAINT PETERS, MO 63376

*COURT SEAL OF*

*ST. CHARLES COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____12/14/2020___                     _____/S/ Cheryl Crowder_____
Date                                                     Clerk

Further Information:

### Sheriff's or Server's Return
**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____   _____
                                    Date                                    Notary Public

**Sheriff's Fees, if applicable**
Summons                    $_____
Non Est                         $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $____10.00_____
Mileage                        $_____ (_____ miles @ $._____ per mile)
**Total**                         $_____
A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>DANIEL G PELIKAN | Case Number: 2011-CC01169 |
|---|---|
| Plaintiff/Petitioner:<br>BRIAN BRESNAHAN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>PETER OLIVER BRUNTRAGER<br>1114 MARKET ST<br>ROOM 401<br>ST LOUIS, MO  63101 |
| Defendant/Respondent:<br> CITY OF ST. PETERS | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Other Tort | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** RUSS BATZEL
          **Alias:**
**ONE ST. PETERS CENTRE BLVD.**
**SAINT PETERS, MO  63376**

*COURT SEAL OF*

*ST. CHARLES COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____12/14/2020__          _____/S/  Cheryl Crowder_____
                    Date                                                    Clerk

Further Information:

### Sheriff's or Server's Return
**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
          Printed Name of Sheriff or Server                                Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
          Subscribed and sworn to before me on _____ (date).
*(Seal)*
          My commission expires: _____     _____
                                                  Date                                              Notary Public

**Sheriff's Fees, if applicable**
Summons                                     $_____
Non Est                                         $_____
Sheriff's Deputy Salary
Supplemental Surcharge      $_____10.00_____
Mileage                                         $_____ (_____ miles @ $._____ per mile)
**Total**                                      $_____
A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



## St. Charles County Sheriff's Department
201 North Second Street, Ste. 440, St. Charles, MO  63301

# RETURN OF SERVICE - Record # 2020-010212

Case No: 2011CC01169  
Court: ST CHARLES  
Plaintiff: BRESNAHAN, BRIAN  
Defendant: CITY OF ST PETERS  
Court / Return Date: 01/13/2020    Doc ID#: 20-SMCC-2261  
Type of Document: CIVIL SUMMONS    Zone 03  
Party to be served: CITY OF ST PETERS  
Address: 1 ST PETERS CENTRE BLVD, ST PETERS, MO 63376  
Employment / Alternate:  
Special Info / Pedigree: OTHER TORT  

### FINAL SERVICE

PARTY SERVED: SCOTT BAUMGARTNER  
RELATIONSHIP / TITLE: DEPUTY CITY CLERK (RA)  
DATE: 12-16-2020    Time: 0930  
ADDRESS: SAME  

**NON-EST OPTIONS:** ☐ UNABLE TO DETERMINE SERVICE   ☐ WRONG/BAD ADDRESS   ☐ QUARANTINE / IN TREATMENT  
☐ AVOIDING   ☐ NO CONTACT   ☐ LOCKED ACCESS   ☐ EXPIRED UPON RECEIPT   ☐ OUT ON LEAVE   ☐ SERVED OTHER AGENCY  
☐ DECEASED   ☐ MOVED   ☐ INCARCERATED   ☐ NO LONGER EMPLOYED   ☐ RECALLED   ☐ SHORT TURNAROUND  

SCOTT A LEWIS, Sheriff of St. Charles County, Missouri  

By: Deputy Signature _[signed]_    DSN 188  
Printed Name STEVEN ROBERTSON  
TOTAL FEES: $39.00  

### ATTEMPTS / NOTES

| Date | Time | DSN | Comments |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DOCUMENT RETURNED TO OFFICE FOR FINAL DISPOSITION: DEC 17 '20 12:26

© 1994 - 2019 Omnigo Software St. Louis MO  omnigo.com

Electronically Filed - St Charles Circuit Div - December 17, 2020 - 02:16 PM





# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>DANIEL G PELIKAN | Case Number: 2011-CC01169 |
|---|---|
| Plaintiff/Petitioner:<br>BRIAN BRESNAHAN | Plaintiff's/Petitioner's Attorney/Address<br>PETER OLIVER BRUNTRAGER<br>1114 MARKET ST<br>ROOM 401 |
| vs. | ST LOUIS, MO  63101 |
| Defendant/Respondent:<br>CITY OF ST PETERS | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Other Tort | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: CITY OF ST. PETERS
   Alias:
ONE ST. PETERS CENTRE BLVD.
SAINT PETERS, MO  63376

*COURT SEAL OF ST. CHARLES COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____12/14/2020_____              _____/S/ Cheryl Crowder_____
         Date                                             Clerk

Further Information:

### Sheriff's or Server's Return
Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____            _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
     Subscribed and sworn to before me on _____ (date).
(Seal)
     My commission expires: _____    _____
                             Date                Notary Public

**Sheriff's Fees, if applicable**
Summons                    $_____
Non Est                    $_____
Sheriff's Deputy Salary
Supplemental Surcharge     $____10.00____
Mileage                    $_____ (_____ miles @ $._____ per mile)
Total                      $_____

RECEIVED
AM          PM
DEC 1 6 2020
SHERIFF
ST. CHARLES CO., MO

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.




# St. Charles County Sheriff's Department
201 North Second Street, Ste. 440, St. Charles, MO  63301

## RETURN OF SERVICE - Record # 2020-010213

Case No: 2011CC01169  
Court: ST CHARLES  
Plaintiff: BRESNAHAN, BRIAN  
Defendant: CITY OF ST PETERS  
Court / Return Date: 01/13/2020  
Doc ID#: 20-SMCC-2262  
Type of Document: CIVIL SUMMONS  
Zone: 03  
Party to be served: STRUTTMANN, RICK  
Address: 1 ST PETERS CENTRE BLVD, ST PETERS, MO 63376  
Employment / Alternate:  
Special Info / Pedigree: OTHER TORT

### FINAL SERVICE

PARTY SERVED: SCOTT BAUMGARTNER  
RELATIONSHIP / TITLE: DEPUTY CITY CLERK (RA)  
DATE: 12-16-2020   Time: 0930  
ADDRESS: SAME

**NON-EST OPTIONS:** ☐ UNABLE TO DETERMINE SERVICE  ☐ WRONG/BAD ADDRESS  ☐ QUARANTINE / IN TREATMENT  
☐ AVOIDING  ☐ NO CONTACT  ☐ LOCKED ACCESS  ☐ EXPIRED UPON RECEIPT  ☐ OUT ON LEAVE  ☐ SERVED OTHER AGENCY  
☐ DECEASED  ☐ MOVED  ☐ INCARCERATED  ☐ NO LONGER EMPLOYED  ☐ RECALLED  ☐ SHORT TURNAROUND

SCOTT A LEWIS, Sheriff of St. Charles County, Missouri  
By: Deputy Signature  
DSN 1887  
Printed Name: STEVEN ROBERTSON  
TOTAL FEES: $30.00

### ATTEMPTS / NOTES

| Date | Time | DSN | Comments |
|------|------|-----|----------|
|      |      |     |          |
|      |      |     |          |
|      |      |     |          |
|      |      |     |          |
|      |      |     |          |

DOCUMENT RETURNED TO OFFICE FOR FINAL DISPOSITION: DEC 17 '20 12:26



© 1994 - 2019 Omnigo Software St. Louis MO  omnigo.com



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division: | Case Number: 2011-CC01169 |
|---|---|
| DANIEL G PELIKAN | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| BRIAN BRESNAHAN | PETER OLIVER BRUNTRAGER |
| | 1114 MARKET ST |
| | ROOM 401 |
| vs. | ST LOUIS, MO 63101 |
| Defendant/Respondent: | Court Address: |
| CITY OF ST. PETERS | 300 N 2nd STREET |
| Nature of Suit: | SAINT CHARLES, MO 63301 |
| CC Other Tort | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: RICK STRUTTMANN
   Alias:
ONE ST. PETERS CENTRE BLVD.
SAINT PETERS, MO 63376

COURT SEAL OF
ST. CHARLES COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____12/14/2020_____          _____/S/ Cheryl Crowder_____
          Date                              Clerk

Further Information

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)
My commission expires: _____      _____
                        Date                 Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ ( ____ miles @ $.____ per mile) |
| Total | $_____ | |

RECEIVED
AM     PM
DEC 1 6 2020
SHERIFF
ST. CHARLES CO. MO

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Charles Circuit Div - December 17, 2020 - 02:16 PM




## St. Charles County Sheriff's Department
201 North Second Street, Ste. 440, St. Charles, MO  63301

# RETURN OF SERVICE - Record # 2020-010214

Case No: 2011CC01169     Court: ST CHARLES
Plaintiff: BRESNAHAN, BRIAN
Defendant: CITY OF ST PETERS
Court / Return Date: 01/13/2020     Doc ID#: 20-SMCC-2263
Type of Document: CIVIL SUMMONS     Zone 03
Party to be served: BATZEL, RUSS
Address: 1 ST PETERS CENTRE BLVD, ST PETERS, MO 63376
Employment / Alternate:
Special Info / Pedigree: OTHER TORT

### FINAL SERVICE

PARTY SERVED: SCOTT BAUMGARTNER
RELATIONSHIP / TITLE: DEPUTY CITY CLERK (RA)
DATE: 12-16-2020     Time: 0930
ADDRESS: SAME

NON-EST OPTIONS: ☐ UNABLE TO DETERMINE SERVICE  ☐ WRONG/BAD ADDRESS  ☐ QUARANTINE / IN TREATMENT
☐ AVOIDING  ☐ NO CONTACT  ☐ LOCKED ACCESS  ☐ EXPIRED UPON RECEIPT  ☐ OUT ON LEAVE  ☐ SERVED OTHER AGENCY
☐ DECEASED  ☐ MOVED  ☐ INCARCERATED  ☐ NO LONGER EMPLOYED  ☐ RECALLED  ☐ SHORT TURNAROUND

SCOTT A LEWIS, Sheriff of St. Charles County, Missouri

By: Deputy Signature _____     DSN 188
Printed Name STEVEN ROBERTSON
TOTAL FEES: $30.00

### ATTEMPTS / NOTES

| Date | Time | DSN | Comments |
|------|------|-----|----------|
|      |      |     |          |
|      |      |     |          |
|      |      |     |          |
|      |      |     |          |
|      |      |     |          |

DOCUMENT RETURNED TO OFFICE FOR FINAL DISPOSITION:

© 1994 - 2019 Omnigo Software St. Louis MO  omnigo.com

# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>DANIEL G PELIKAN | Case Number: 2011-CC01169 |
|---|---|
| Plaintiff/Petitioner:<br>BRIAN BRESNAHAN | Plaintiff's/Petitioner's Attorney/Address<br>PETER OLIVER BRUNTRAGER<br>1114 MARKET ST<br>ROOM 401<br>ST LOUIS, MO 63101 |
| vs. | |
| Defendant/Respondent:<br>CITY OF ST. PETERS | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Other Tort | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: RUSS BATZEL
Alias:
ONE ST. PETERS CENTRE BLVD.
SAINT PETERS, MO 63376

COURT SEAL OF
ST. CHARLES COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____12/14/2020_____      _____/S/ Cheryl Crowder_____
Date                                         Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____        _____
                             Date                              Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ ( ____ miles @ $.____ per mile) |
| Total | $_____ |

RECEIVED
AM        PM
DEC 1 6 2020
SHERIFF
ST. CHARLES CO, MO

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.


Electronically Filed - St Charles Circuit Div - December 17, 2020 - 02:16 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| BRIAN BRESNAHAN, | ) |
| Plaintiff, | ) ) ) |
| | ) Cause No.:   2011-CC01169 |
| vs. | ) |
| | ) Division No.: |
| CITY OF ST. PETERS, ET AL. | ) |
| Defendant, | ) ) |

## RETURN OF SERVICE

COMES NOW Plaintiff, and files return of service on Defendant City of St. Peters.

BRUNTRAGER & BILLINGS, P.C.

/s/ Peter O. Bruntrager
Peter O. Bruntrager, #67974
Attorney for Defendant
225 S. Meramec Ave., Suite 1200
Clayton, MO 63105
(314) 646-0066
(314) 646-0065  Fax
pob@law-stl.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2020, the foregoing **Return of Service** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

  /s/ Peter O. Bruntrager

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| BRIAN BRESNAHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.:    2011-CC01169 |
| vs. ) | |
| ) | Division No.: |
| CITY OF ST. PETERS, ET AL. ) | |
| ) | |
| Defendant, ) | |

RETURN OF SERVICE

COMES NOW Plaintiff, and files return of service on Defendant Rick Struttmann.

BRUNTRAGER & BILLINGS, P.C.

/s/ Peter O. Bruntrager
Peter O. Bruntrager, #67974
Attorney for Defendant
225 S. Meramec Ave., Suite 1200
Clayton, MO 63105
(314) 646-0066
(314) 646-0065  Fax
pob@law-stl.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of December, 2020, the foregoing **Return of Service** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

 /s/ Peter O. Bruntrager

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| BRIAN BRESNAHAN, | ) |
| Plaintiff, | ) |
| | ) Cause No.:   2011-CC01169 |
| vs. | ) |
| | ) Division No.: |
| CITY OF ST. PETERS, ET AL. | ) |
| Defendant, | ) |

### RETURN OF SERVICE

COMES NOW Plaintiff, and files return of service on Defendant Russ Batzel.

BRUNTRAGER & BILLINGS, P.C.

/s/ Peter O. Bruntrager
Peter O. Bruntrager, #67974
Attorney for Defendant
225 S. Meramec Ave., Suite 1200
Clayton, MO 63105
(314) 646-0066
(314) 646-0065  Fax
pob@law-stl.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2020, the foregoing **Return of Service** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

_/s/ Peter O. Bruntrager_____

Electronically Filed - St Charles Circuit Div - December 17, 2020 - 03:40 PM